# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| Jasper Bryant, | Case No. 1:25-11450-RMG |
| Plaintiff, | |
| v. | **ORDER** |
| Anderson City Jail, | |
| Defendant. | |

Before the Court is the Report and Recommendation (R & R) of the Magistrate Judge recommending that the Court summarily dismiss Plaintiff's case. (Dkt. No. 13).

At the time of filing this action, Plaintiff was a pretrial detainee at Anderson County Detention Center. Plaintiff filed this action under 42 U.S.C. § 1983, alleging mistreatment during his incarceration. Plaintiff alleges that during his incarceration he was assaulted three times by one Rashard Smith, who appears to be another inmate, and that the alleged assaults were seen by prison staff. He further alleges that he was hospitalized for three days as a result of the alleged assaults. (Dkt. No. 1 at 2, 5-6). The Proper Form Order and the R & R were returned to the Court with notations of return to sender, undeliverable, and unable to forward. (Dkt. Nos. 11, 15). Plaintiff was advised by the Magistrate Judge that he had the affirmative duty to update any change of address in writing to the Clerk. (Dkt. No. 7 at 3). Plaintiff has failed to update his address with the Court, respond to the Magistrate Judge's Proper Form Order, or file objections to the R & R.

The Court finds that the Magistrate Judge accurately sets forth the proper legal standard for a failure of Plaintiff to bring the complaint into proper form and correctly concluded that the case is subject to dismissal without prejudice. Consequently, the Court **ADOPTS** the R & R of the

Magistrate Judge (Dkt. No. 13) as the order of the Court and dismisses this action without prejudice.

    **AND IT IS SO ORDERED.**

                                                   s/Richard M. Gergel
                                                 Richard Mark Gergel
                                                 United States District Judge

October 15, 2025
Charleston, South Carolina